**Michael SCHAEFER, Plaintiff-Appellant,**

v.

**Barbara CEGAVSKY, Secretary of State, State of Nevada, Defendant-Appellee.**

No. 17-15961

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 21, 2017

Michael Schaefer, Pro Se

Lori M. Story, Deputy Attorney General, AGNV—Nevada Office of the Attorney

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

General, Carson City, NV, for Defendant-Appellee

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Michael Schaefer appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action challenging the constitutionality of a Nevada election statute. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a sua sponte dismissal. *Omar v. Sea–Land Serv., Inc.,* 813 F.2d 986, 991 (9th Cir. 1987). We may affirm on any ground supported by the record. *Thompson v. Paul,* 547 F.3d 1055, 1058-59 (9th Cir. 2008). We affirm.

Dismissal of Schaefer's action was proper because the issues involved were actually litigated and decided in Schaefer's prior federal court action. *See Taylor v. Sturgell,* 553 U.S. 880, 892, 128 S.Ct. 2161, 171 L.Ed.2d 155 (2008) (issue preclusion bars "successive litigation of an issue of fact or law actually litigated and resolved in a valid court determination essential to the prior judgment, even if the issue recurs in the context of a different claim" (citation and internal quotation marks omitted)); *Howard v. City of Coos Bay,* 871 F.3d 1032, 1040-41 (9th Cir. 2017) (setting forth issue preclusion elements under federal law).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).